JOHN W. KENNAN, Plaintiff, v. CHARLES McGOVERN and Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

HOWARD W. SNECK, Respondent, v. SOL S. LOEB, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by December seventeenth.

M. CUSHMAN & Co., Appellant, v. L. J. LEMAY COMPANY, INC., Respondent.— Motion granted and appeal dismissed.

FRANK AYERS, Respondent, v. THE PALATINE INSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant.— Judgment and orders affirmed, with costs. All concur, except Hubbs, J., who dissents.

AGNES QUINN, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Lambert and Hubbs, JJ., who dissent and vote for reversal.

SAMUEL KASTENBAUM, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Upon reargument, judgment and order affirmed, with costs. All concur. [See 198 App. Div. 966.]

HAROLD A. SWARTZ, an Infant, by RALPH SWARTZ, His Guardian ad Litem, Respondent, v. W. C. A. QUIRIN and Another, Appellants.— Judgment and order reversed, and new trial granted, with costs to appellants to abide event, upon the authority of *Piper* v. *New York State Railways* (185 App. Div. 184). All concur.

MINNIE JOHNSTON, Respondent, v. VICTORIA THEATRE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

SARAH BROWN, Respondent, v. ROBERT E. WILLIAMS, Appellant.— Judgment and order affirmed, with costs. All concur.

ROSY ALEXANDROWICZ, an Infant, by DOMINICK ALEXANDROWICZ, Her Guardian ad Litem, Respondent, v. DIRECTOR-GENERAL OF RAILROADS and Another, Appellants.— Judgment and order reversed as to defendant railroad company and complaint dismissed, with costs, as to said defendant railroad company. Held, that the alleged negligence of the defendant railroad company in permitting those waiting at the crossing to pass upon the tracks was not the proximate cause of the injury to plaintiff. That injury was caused by the negligence of the defendant Dorn in the careless operation of his motorcycle, in running it upon the crosswalk and striking plaintiff. This result could not reasonably have been anticipated by the defendant railroad company. All concur.

WILLIAM F. ROOT, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

HOLLAND-DALE GARDEN COMPANY, INC., Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.